Same case below, 628 F.3d 209.

**No. 10-1255. Richard L. Cowitt, et ux., Individually and as Trustees for the Cowitt Family Trust, Petitioners v. Mark Reilly, et ux.**

564 U.S. 1004, 131 S. Ct. 2996, 180 L. Ed. 2d 822, 2011 U.S. LEXIS 4445.

June 13, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-1258. Raymond A. Ledbetter and Edward T. Jeszka, Petitioners v. Federal Aviation Administration.**

564 U.S. 1004, 131 S. Ct. 2996, 180 L. Ed. 2d 822, 2011 U.S. LEXIS 4535.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 392 Fed. Appx. 779.

**No. 10-1260. Clinton Gard, et ux., Petitioners v. City of Omaha, Nebraska.**

564 U.S. 1005, 131 S. Ct. 2996, 180 L. Ed. 2d 822, 2011 U.S. LEXIS 4502,

June 13, 2011. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.

Same case below, 18 Neb. App. 504, 786 N.W.2d 688.

**No. 10-1296. Theodore P. Coates, Petitioner v. Office of Attorney Regulation of Colorado, et al.**

564 U.S. 1005, 131 S. Ct. 3000, 180 L. Ed. 2d 822, 2011 U.S. LEXIS 4458.

June 13, 2011. Petition for writ of certiorari to the Supreme Court of Colorado denied.

**No. 10-1324. Jeffrey Hannan, Petitioner v. City of Philadelphia, Pennsylvania, et al.**

564 U.S. 1005, 131 S. Ct. 3001, 180 L. Ed. 2d 822, 2011 U.S. LEXIS 4455.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 408 Fed. Appx. 581.

**No. 10-1347. Robert Lee Freeman, Petitioner v. Maggie Miller-Stout, Superintendent, Airway Heights Corrections Center.**

564 U.S. 1005, 131 S. Ct. 3002, 180 L. Ed. 2d 822, 2011 U.S. LEXIS 4473.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-1372. Full Value Advisors, LLC, Petitioner v. Securities and Exchange Commission.**

564 U.S. 1005, 131 S. Ct. 3003, 180 L. Ed. 2d 822, 2011 U.S. LEXIS 4424.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 394 U.S. App. D.C. 204, 633 F.3d 1101.